IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:17-CR-306-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| BRANDY KAY CHAVIS, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Brandy Kay Chavis' "Motion To Join" (Document No. 71) filed November 17, 2017. Having carefully considered the motion and the record, and noting no objection from either the Government or Defendant's Probation Officer, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Brandy Kay Chavis' "Motion To Join" (Document No. 71) is **GRANTED**.

**IT IS FURTHER ORDERED** that Section J of the "Order Setting Conditions Of Release" in both Defendants' cases shall be modified to enable Brandy Kay Chavis and Bob Scott Chavis to reside and have contact with one another.

**SO ORDERED**.

Signed: November 17, 2017

David C. Keesler
United States Magistrate Judge